IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | CRIM  04-9E |
| ) | |
| LEONARD SHOUGH  ) | |

## NOTICE

The above entitled case is set for ___Re-Sentencing___

on ___December 6, 2005___ at ___9:00 a.m.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   November 2, 2005

Copies to:   Christian Trabold, AUSA
            Thomas W. Patton, AFPD

            Pretrial Services
            Probation Office - ERIE-Pgh
            U.S. Marshal - ERIE - Pgh