IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-09 Erie |
| | ) |
| LEONARD SHOUGH | ) |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Leonard Shough, 20175-068, Year of Birth: 1942, Caucasian, Male.

2. Detained by: USP Canaan, U.S. Penitentiary, P.O. Box 400, Waymart, Pennsylvania 18472.

3. Detainee has been sentenced in this district for violations of Title 18, United States Code, Sections 1014 and 1028(a)(7) & (b)(1)(D) and Title 42, United States Code, Sections 408(a)(7)(B) and 1383a (a)(3), and is presently in federal custody at USP Canaan, Waymart, Pennsylvania 18472.

4. The above case is set for resentencing at Erie, Pennsylvania on December 6, 2005, at 9:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of USP Canaan, Waymart, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

11/7/05
DATE

Maurice B. Cohill, Jr.
~~CHIEF~~ UNITED STATES DISTRICT JUDGE

cc: United States Attorney