MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.     No. CRIM 04-9 ERIE

LEONARD SHOUGH (1)

*Defendant*

**HEARING ON** Re-Sentence

*Before Judge* MAURICE B. COHILL, JR.,

Christian Trabold, AUSA     Thomas W. Patton, AFPD

*Appear for Plaintiff*     *Appear for Defendant*

Hearing begun  9:00  12-6-05     Hearing adjourned to ―

Hearing concluded C. A. V.  9:30  12-6-05     Stenographer  [signature]

**WITNESSES:**

For Plaintiff     For Defendant

D. Resentenced to 78 mo. imprisonment.
All other conditions remain in full force + effect