UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

FILED
NOV 27 2006
CLERK U.S. DISTRICT COURT
T. DIST. OF PENNSYLVA

No. 05-5455
USA
vs.
Shough

Leonard Shough, Appellant

(Western District of Pennsylvania Criminal No. 04-cr-00009E)

TRANSCRIPT SCHEDULING ORDER

TO: Ms. Janis L. Ferguson

The transcript in the above-captioned matter, having been ordered on 1/4/06, is due on or before **2/6/06**.

If satisfactory financial arrangements have not been made, you must immediately notify this office in writing since this may be cause for the imposition of sanctions against counsel.

If you cannot meet this deadline, a timely application for an extension of time must be filed.

For the Court,

*Marcia M. Waldron*

MARCIA M. WALDRON
Clerk

RECEIVED
JAN 27 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Date: January 6, 2006
cc:
   Robert L. Eberhardt, Esq.
   Karen S. Gerlach, Esq.

   Mr. Michael D. Powers, Court Reporter Coordinator

**For questions please contact Dana M. Moore 267-299-4927**