IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
        vs.                     )    Criminal Number 04-9E
                                )
LEONARD SHOUGH                  )

The above named defendant satisfied the judgment of JANUARY 25, 2005 by paying on DECEMBER 11, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  1-17-07
Deputy Clerk                      Date