UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-5455
_____

UNITED STATES OF AMERICA

v.

LEONARD SHOUGH,

Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 04-cr-00009E)
District Judge: Honorable Maurice B. Cohill, Jr.
_____

Submitted Under Third Circuit LAR 34.1(a)
May 15, 2007

Before: FISHER, NYGAARD and ROTH, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 15, 2007.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered December 6, 2005, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: July 16, 2007